CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 25 2006

JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TOMMY E. VANDYKE, <br>     Plaintiff, | Civil Action No. 7:06CV00267 |
| v. | **FINAL ORDER** |
| SOUTHWEST VIRGINIA REGIONAL <br> JAIL AUTHORITY, et al., <br>     Defendants. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

as follows:

1. Defendants' motion to dismiss shall be and hereby is **GRANTED**;

2. Plaintiff's motions to pursue shall be and hereby are **GRANTED**;

3. Plaintiff's motion to amend shall be and hereby is **GRANTED**;

4. The new claims raised in plaintiff's motion to amend shall be and hereby are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A;

5. All other pending motions shall be and hereby are **DENIED** as moot; and

6. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for defendants.

ENTER: This _25th_ day of August, 2006.

_/s/ Glen E. Conrad_
United States District Judge